IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECELIA JACKSON,

    Plaintiff,

v.                                CASE NO. 1:05-cv-00063-MP-MD

JO ANNE B. BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendations of the Magistrate Judge, recommending that the Commissioner's decision denying plaintiff's application for Supplemental Security Income benefits be affirmed and that this action dismissed. The Magistrate Judge filed the Report and Recommendation on Monday, April 3, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Commissioner's decision denying plaintiff's application for Supplemental Security Income benefits is affirmed and this action is dismissed. The Clerk is directed to close the file.

*Page 2 of 2*

**DONE AND ORDERED** this <u> 5th</u> day of May, 2006

<u>        *s/Maurice M. Paul*        </u>
Maurice M. Paul, Senior District Judge

*Case No: 1:05-cv-00063-MP-MD*